IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THELMA N. STEWART
AKA THELMA N. CLARK,

      Plaintiff,                    No. CIV S-10-0008 JAM DAD PS

      vs.

AMERICAN MORTGAGE
EXPRESS FINANCIAL DBA
MILLENNIUM FUNDING
GROUP, et al.,

      Defendants.              ORDER
_____/

      This action was removed from state court on January 4, 2010, by defendant Ocwen Loan Servicing, LLC, whose motions to dismiss and to strike are set for hearing on February 12, 2010. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

      The pro se plaintiff has filed a notice of dismissal in which she dismisses her entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). No defendant has filed an answer or a motion for summary judgment in this court, and it does not appear that any defendant filed an answer or a motion for summary judgment in the state court prior to removal. Plaintiff's dismissal is therefore proper pursuant to Rule 41(a)(1)(A)(i).

1

IT IS ORDERED that:

1. Plaintiff's entire action is dismissed with prejudice pursuant to her January 29, 2010 notice (Doc. No. 8) and Federal Rule of Civil Procedure 41(a).

2. Defendant Ocwen Loan Servicing, LLC's motions to dismiss (Doc. No. 5) and to strike (Doc. No. 6), having been rendered moot by plaintiff's dismissal of the action, are dropped from the court's February 12, 2010 calendar.

DATED: February 1, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\stewart0008.voldism